FILED ✓
RECEIVED ___
LODGED ___
COPY ___

JUN 0 4 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW D. DOYLE
Assistant U.S. Attorney
Arizona State Bar No. 036235
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Doyle@usdoj.gov
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Evan Sheldon Archie Begay,<br><br>          Defendant. | No. CR-26-08084-PCT-JJT<br><br>**INFORMATION**<br><br>**VIO:** 18 U.S.C. §§ 1153 and 1111<br>(CIR - Felony Murder)<br>Count 1<br><br>18 U.S.C. §§ 1153 and 1111<br>(CIR - Second Degree Murder)<br>Count 2<br><br>18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR - Assault with a Dangerous Weapon)<br>Counts 3, 6, and 8<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR - Assault Resulting in Serious Bodily Injury)<br>Counts 4, 9, and 16<br><br>18 U.S.C. §§ 1153 and 1201<br>(CIR - Kidnapping)<br>Counts 5 and 7<br><br>18 U.S.C. §§ 1153, 3559(f), and 1201<br>(CIR - Kidnapping of Child)<br>Counts 10 and 12<br><br>18 U.S.C. §§ 1153, 3559(f), and 113(a)(3)<br>(CIR - Assault with a Dangerous Weapon on Child) |

Counts 11 and 13

18 U.S.C. §§ 1153, 3559(f), and 2111
(CIR - Robbery of Adult and Child)
Count 14

18 U.S.C. §§ 1153, and A.R.S. 13-1507, 13-1508, 13-701, 13-704, and 13-801
(CIR - Burglary)
Count 15

18 U.S.C. §§ 1153 and 371
(CIR - Conspiracy)
Count 17

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

## COUNT 1

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did with malice aforethought, and in the perpetration and attempted perpetration of a felony, that is, robbery and burglary, unlawfully kill M.W.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 2

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did with malice aforethought, unlawfully kill M.W.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 3

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did intentionally and knowingly assault the victim, M.W., with a dangerous weapon, that is, a bat, a stick, and a pipe, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

- 2 -

## COUNT 4

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did intentionally, knowingly, and recklessly assault the victim, M.W., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 5

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did unlawfully seize, confine, kidnap, abduct, and carry away the victim, P.W., and hold her for any purpose.

In violation of Title 18, United States Code, Sections 1153 and 1201.

## COUNT 6

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did intentionally and knowingly assault the victim, P.W., with a dangerous weapon, that is, a bat, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 7

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did  unlawfully seize, confine, kidnap, abduct, and carry away the victim, S.W., and hold her for any purpose.

In violation of Title 18, United States Code, Sections 1153 and 1201.

## COUNT 8

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did intentionally and knowingly assault the victim, S.W., with a

- 3 -

dangerous weapon, that is, a bat, a knife, and a pipe, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 9

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did intentionally, knowingly, and recklessly assault the victim, S.W., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 10

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did unlawfully seize, confine, kidnap, abduct, and carry away John Doe 1, a child under the age of 18 years, and hold him for any purpose.

In violation of Title 18, United States Code, Sections 1153, 3559(f), and 1201.

## COUNT 11

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did intentionally and knowingly assault John Doe 1, a child under the age of 18 years, with a dangerous weapon, that is, a bat and a knife, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 3559(f), and 113(a)(3).

## COUNT 12

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did unlawfully seize, confine, kidnap, abduct, and carry away John Doe 2, a child under the age of 18 years, and hold him for any purpose.

In violation of Title 18, United States Code, Sections 1153, 3559(f), and 1201.

## COUNT 13

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did intentionally and knowingly assault John Doe 2, a child under the age of 18 years, with a dangerous weapon, that is, a bat, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 3559(f), and 113(a)(3).

## COUNT 14

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did by force, violence, and intimidation, take something of value, that is, a vehicle, a firearm, a pellet gun, a cellular telephone, a speaker, and headphones, from the person and presence of M.W., P.W., S.W., John Doe 1, a child under the age of 18 years, and John Doe 2, a child under the age of 18 years, and a dangerous weapon, that is, a bat, a knife, a pipe, a stick, and a machete, was used during and in relation to the offense.

In violation of Title 18, United States Code, Sections 1153, 3559(f), and 2111.

## COUNT 15

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did enter and remain unlawfully in the residential structure of the W. family, with the intent to commit a theft and a felony therein, while EVAN SHELDON ARCHIE BEGAY and his accomplices knowingly possessed a deadly weapon and dangerous instrument, that is, a bat, a knife, a pipe, a stick, and a machete, in the course of committing a theft and felony. The offense involved the use and threatening exhibition of such deadly weapon and dangerous instrument and the intentional and knowing infliction of serious physical injury on another person.

In violation of Title 18, United States Code, Section 1153 and Arizona Revised Statutes 13-1507, 13-1508, 13-701, 13-704, and 13-801.

## COUNT 16

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, did intentionally, knowingly, and recklessly assault the victim, John Doe 2, resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 17

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, EVAN SHELDON ARCHIE BEGAY, an Indian, and Shawnavon Curley, and Armondo Francisco Whiterock, did knowingly agree, combine, and conspire to commit the following offenses against the United States:

    a.  Robbery of Adult and Child, in violation of Title 18, United States Code, Sections 1153, 3559(f), and 2111, as charged in Count 14; and

    b.  Burglary, in violation of Title 18, United States Code, Section 1153 and Arizona Revised Statutes 13-1507, 13-1508, 13-701, 13-704, and 13-801, as charged in Count 15.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objectives thereof, EVAN SHELDON ARCHIE BEGAY, Shawnavon Curley, and Armondo Francisco Whiterock, performed and caused to be performed the following overt acts, among others, within the District of Arizona on or about September 12, 2019 and September 13, 2019:

    a.  One or more of the conspirators walked to the W. residence;

    b.  One or more of the conspirators brought a weapon to the W. residence;

    c.  One or more of the conspirators instructed Lavar Charley to remain at a location near the W. residence;

    d.  One or more of the conspirators entered the W. residence;

    e.  One or more of the conspirators displayed dangerous weapons to members of

the W. family;

f.  One or more of the conspirators uttered verbal threats to members of the W. family;

g.  One or more of the conspirators held members of the W. family inside the residence for over one hour;

h.  One or more of the conspirators struck M.W.;

i.  One or more of the conspirators struck P.W.;

j.  One or more of the conspirators struck S.W.;

k.  One or more of the conspirators struck John Doe 1;

l.  One or more of the conspirators struck John Doe 2;

m.  One or more of the conspirators damaged property inside the W. residence;

n.  One or more of the conspirators took property from inside the W. residence; and

o.  One or more of the conspirators stole a vehicle from the W. residence.

All in violation of Title 18, United States Code, Sections 1153 and 371.

Dated this __26th__ day of _____May_____, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW D. DOYLE
Assistant U.S. Attorney

- 7 -