```
☑ FILED          ___ LODGED
___ RECEIVED     ___ COPY

        JUN 0 4 2026

CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY _____ DEPUTY
```

# WAIVER OF INDICTMENT

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-26-08084PCT-JJT |
| Plaintiff, | |
| vs. | |
| Evan Sheldon Archie Begay, | |
| Defendant. | |

Evan Sheldon Archie Begay, the above-named defendant, who is accused of CIR - Felony Murder, in violation of Title 18, United States Code (U.S.C.) Sections 1153 and 1111; CIR – Second Degree Murder, in violation of 18 U.S.C. §§ 1153 and 1111; CIR – Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 1153 and 113(a)(3); CIR-Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 1153 and 113(a)(6); CIR – Kidnapping, in violation of 18 U.S.C. 1153 and 1201; CIR – Kidnapping of Child, in violation of 18 U.S.C. §§ 1153, 3559(f), and 1201; CIR – Assault with a Dangerous Weapon on Child, in violation of 18 U.S.C. §§ 1153, 3559(f), and 113(a)(3); CIR – Robbery of Adult and Child, in violation of 18 U.S.C. §§ 1153, 3559(f), and 2111; CIR – Burglary, in violation of 18 U.S.C. § 1153 and A.R.S. 13-1507, 13-1508, 13-701, 13-704, and 13-801; and CIR – Conspiracy, in violation of 18 U.S.C. §§ 1153 and 371, being advised of the nature of the charges and of his rights, waives in open court

prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
EVAN SHELDON ARCHIE BEGAY
Defendant

_____
MARK PAIGE
Attorney for Defendant

Date  04-21-2026